IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:21-cr-38 |
| | ) | |
| ISAAC CUNNINGHAM | ) | |

POSITION WITH RESPECT TO SENTENCING FACTORS

Isaac Cunningham through counsel, respectfully presents this Position with Respect to Sentencing Factors. Counsel has reviewed the Presentence Report ("PSR") with Mr. Cunningham. Mr. Cunningham has no objection to the advisory guidelines and calculations set forth in the PSR. Counsel reserves the right to file a Memorandum in Aid of Sentencing requesting a downward variance based on the relevant factors set forth in Title 18 U.S.C. §3553(a).

Respectfully submitted,

*/s/Aaron D. Sontz*
Aaron D. Sontz, Esq.
Assistant Federal Public Defender